IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JERRY WAYNE JERNIGAN,

       Plaintiff,

VS.                                  No. 05-1126-T

ALTEC INDUSTRIES, INC.,

       Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Defendants have moved for permission to permit William G. McCaskill, Jr.. to

participate pro hac vice on their behalf in this action. Mr. McCaskill is a member in good

standing in the U. S. District Court for the Middle District of Tennessee. For good cause

shown, that motion is granted. It is hereby ordered that William G. McCaskill, Jr. be

admitted pro hac vice and may actively participate in this action, including pre-trial and

post-trial proceedings before this court.

       IT IS SO ORDERED.

                                _James D. Todd_

                                JAMES D. TODD
                                UNITED STATES DISTRICT JUDGE

                                _3 May 2005_
                                DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _5/05/05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01126 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

William G. McCaskill
TAYLOR PIGUE MARCHETTI & McCASKILL, PLLC
2908 Poston Ave.
Nashville, TN 37203

L. Gino Marchetti
TAYLOR PIGUE MARCHETTI & McCASKILL, PLLC
2908 Poston Ave.
Nashville, TN 37203

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Honorable James Todd
US DISTRICT COURT