IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JERRY WAYNE JERNIGAN,

    Plaintiff,

VS.                                                   No. 05-1126-T

ALTEC INDUSTRIES, INC.,

    Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Defendants have moved for permission to permit L. Gino Marchetti, Jr. to participate <u>pro hac vice</u> on their behalf in this action. Mr. Marchetti is a member in good standing in the U. S. District Court for the Middle District of Tennessee. For good cause shown, that motion is granted. It is hereby ordered that L. Gino Marchetti be admitted <u>pro hac vice</u> and may actively participate in this action, including pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

                                               _James D. Todd_
                                             JAMES D. TODD
                                             UNITED STATES DISTRICT JUDGE

                                             3 May 2005
                                             DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on   5/05/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01126 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

William G. McCaskill
TAYLOR PIGUE MARCHETTI & McCASKILL, PLLC
2908 Poston Ave.
Nashville, TN 37203

L. Gino Marchetti
TAYLOR PIGUE MARCHETTI & McCASKILL, PLLC
2908 Poston Ave.
Nashville, TN 37203

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Honorable James Todd
US DISTRICT COURT